# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2020

Bridget M. McCormack,
Chief Justice

161270

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 161270
COA: 352316
Wayne CC: 19-005074-FH

RENARD FRANKLIN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 3, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2020

Clerk

t1214